# United States Court of Appeals for the Federal Circuit

---

**INSULET CORP.,**
*Plaintiff-Appellee*

**v.**

**EOFLOW, CO. LTD., EOFLOW, INC.,**
*Defendants-Appellants*

**STEVEN DIIANNI, LUIS J. MALAVE, IAN G. WELSFORD, JESSE J. KIM, FLEXTRONICS MEDICAL SALES AND MARKETING LTD.,**
*Defendants*

---

2024-1137

---

Appeal from the United States District Court for the District of Massachusetts in No. 1:23-cv-11780-FDS, Judge F. Dennis Saylor, IV.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED AND REMANDED**

FOR THE COURT

June 17, 2024
Date

Jarrett B. Perlow
Clerk of Court